FILED
Chris Daniel
District Clerk

JUL 25 2011

Time: _____
Harris County, Texas
By _____

2011-43577

CAUSE NO. _____

| | | |
|---|---|---|
| PERFECTO O. OLAY JR. | § | IN THE 182 DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | OF |
| | § | |
| AMERICAN EAGLE TANKERS, INC. | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

PERFECTO OLAY, of 13418 Sable Ln, Houston, Texas 77014, Plaintiff, complain of

AMERICAN EAGLE TANKERS, INC., OF 1900 West Loop South, Suite 920, Houston,

Texas 77027 Defendants, and for cause of action shows:

TO THE HONORABLE COURT:

### Discovery Control Plan

1.      Level Two is the applicable discovery control plan for this lawsuit.

### Parties

2.      Plaintiff, PERFECTO ORDENARIO OLAY, JR., is an individual and a resident of

HARRIS COUNTY, Texas.

3.      Defendant, AMERICAN EAGLE TANKERS INC., a Corporation doing business in

HARRIS COUNTY, Texas. The corporation may be served process by serving the

Chief Officer or Agent at 1900 West Loop South, Suite 920, Houston, Texas 77027

### Venue and Jurisdiction

4.      Venue is proper in Harris County, Texas.

5.      This court has jurisdiction over the defendant because the damages exceed the

minimal jurisdictional limits of this court.



EXHIBIT

**Facts**

6.    This lawsuit is a result from non-payment of moneys and benefits due to plaintiff for a period of four (4) years from 2004 t0 2008.

Defendant, American Eagle Tankers, Inc., failed to deliver to Plaintiff all the moneys and benefits due to him by not correctly compensating him for work done for Defendant. Defendant, did not inform Plaintiff and his fellow workers that they were practically doing work for free for the Defendant after their regular hours of work was over.

7.    Plaintiff tried to inform through his superiors regarding the situation, but instead of solving this was instead investigated and was charged falsely of getting paid for work not done and dismissed. The fact was that Plaintiff was in the Philippines at that time and he does not prepare the payroll not is cognizant or knowledgeable of payroll matters, but is Defendant's obligation. Furthermore, Plaintiff would show that Defendant:

        a.    Tried to conceal their illegal methods of not properly compensating their employees by falsely accusing and dismissing them;

        b.    Has been using this illegal practice for a long time which tantamount will to fraud.

**Damages**

8.    Due to the illegal and fraudulent acts of Defendant and his Agents, Plaintiff has lost moneys and benefits which is due to him and which Defendant has unlawfully

withheld and deprived him. As a result Plaintiff suffered the following damages, which are within the jurisdictional limits of this Court:

     a.     Non-payment moneys and benefits calculated at the time of his dismissal was at $68,500.00;

     b.     Interest for the moneys fraudulently withheld from him;

### Prayer

For the foregoing reasons, Plaintiffs ask that the defendant be cited to appear and answer, and on final trial, that Plaintiff have judgment against Defendant for:

     a.     Exemplary damages;

     b.     Actual damages for causes stated above;

     c.     Pre-judgment and post-judgment interest at the highest legal rate;

     d.     Costs of suit; and

     e.     All other relief the Court deems appropriate.

Respectfully submitted,

RICO C. REYES, Attorney At Law

Attorney for Plaintiff
10101 Harwin Drive, Suite 375
Houston, Texas 77036
Telephone: 713-270-0007
Facsimile: 713-270-5050
TBA#: 00786855

Unofficial Copy Office Of Chris Daniel District Clerk

2011-4357

RECEIPT NUMBER   12101          70.00
TRACKING NUMBER  72686497        CO]

CAUSE NUMBER   201143577

PLAINTIFF:   OLAY, PERFECTO

vs.

DEFENDANT:   AMERICAN EAGLE TANKERS INC

In The   152nd
Judicial District Court of
Harris County, Texas

**CITATION CORPORATE**

THE STATE OF TEXAS
County of Harris

RECEIVED JACK F. AB...
CONSTABLE PCT 5
HARRIS COUNTY, TEXAS
11 JUL 28  AM 10: 45

TO: AMERICAN EAGLE TANKERS INC BY SERVING ITS CHIEF OFFICER OR AGENT

1900 WEST LOOP SOUTH SUITE 920   HOUSTON TX 77027

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the ___25th___ day of ___July___ , 20__11__ , in the
above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

   This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___27th___ day of
___July___ , 20__11__ .

Issued at request of:
REYES, RICO C.
10101 HARWIN DRIVE SUITE 375
HOUSTON, TX 77036
Tel: (713) 270-0007
Bar Number:   786355

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: FLORES, MELANIE L.   NIG/KII/906420

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the ___29___ day of ___July___ , 20__11__ , at ___7:17___ o'clock ___A___.M., endorsed
the date of delivery thereon, and executed it at ___1900 West Loop S #920___ , ___Houston___
                                                                    (street address)                                                    (city)

in ___Harris___ County, Texas on the ___02___ day of ___August___ , 20__11__ , at ___9:11___ o'clock ___A___. M.,

by delivering to ___American Eagle Tankers Inc___ , by delivering to its
                              (the defendant corporation named in citation)

___Director___ , in person, whose name is ___Ms. Terrell___ ,
(registered agent, president, or vice-president),

a true copy of this citation, with a copy of the ___Citation Corporate___ Petition attached,
                                                         (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____
                                                    (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the ___02___ day of ___August___ , 20__11__ .

FEE: $ _____          By: _____
                                        (Signature of officer)

                         Printed Name: ___J. Los 8248___

                         As Deputy for: ___Phil Camus, Constable___
                                                    (printed name & title of sheriff or constable)
                                                    Pct 5 Harris County, Texas

Affiant Other Than Officer

On this day, _____ , known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20____

                                                                    **FILED**
                                                                    Chris Daniel
                                                                    Notary/District Clerk

N.INT.CITC.P

2011 JUL 29  AM 7:17
HARRIS COUNTY, TEXAS
CONSTABLE PRECINCT 5
PHIL CAMUS

Aug  5 2011

Time: ___909 am___

By: _____